For full opinion see 178 NE 585; 124 Oh St 348 (Oh Bar 12-22-31).

For full opinion see 178 NE 215; 40 Oh Ap 77 (Oh Bar 12-29-31).

## BOARD OF HEALTH OF CANTON (city) v STATE ex O'WESNEY

Ohio Appeals, 5th Dist, Stark Co

Decided Feb 16, 1931

## JONES v CLEVELAND (city)

Ohio Supreme Court

No. 23311. Decided Jan 7, 1932

Full opinion will be published later. Watch **Omnibus Index.**

## CLEVELAND RAILWAY CO v MERK

Ohio Supreme Court

No. 22821. Decided Jan 13, 1932